IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 08-CR-0164 |
| TREVOR K. RYAN, | ) |
| Defendants. | ) |

FINAL ORDER OF FORFEITURE

Based upon the motion of the United States, the entire file in this case, and good cause appearing, the Court finds that:

1. On December 29, 2008, the defendant entered a plea of guilty to Count 1 of the indictment pursuant to a written plea agreement. The plea agreement provided that the defendant agree to the forfeiture of the Piper Aztec twin engine, six-seat aircraft, bearing Federal Aviation Administration tail number N5071Y.

2. On January 23, 2009, the Court entered a Preliminary Order of Forfeiture.

3. Publication was posted for at least 30 consecutive days beginning on February 14, 2009, on the official government internet web site (www.forfeiture.gov), pursuant to Rule G(5) of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Action. No petition or claim for the property has been filed with the Clerk of Courts, and the time for presenting a claim or petition has expired.

IT IS THEREFORE ORDERED:

1. That all right, title, and interest in the Piper Aztec twin engine, six-seat aircraft, bearing Federal Aviation Administration tail number N5071Y is hereby conveyed to the United States of America.

2. The United States Marshals Service is directed to dispose of the above property in accordance with federal law.

ORDERED this 27th day of April 2009.

*Barbara B Crabb*
BARBARA B. CRABB
Chief United States District Judge