IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                        ORDER

                    Plaintiff,

                                                                      08-cr-164-bbc

     v.

TREVOR K. RYAN,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Trevor K. Ryan has filed a notice of appeal on his own behalf. Although defendant retained counsel to represent him in this court, his counsel did not file a notice of appeal.

      I am satisfied from my review of the information in the presentence report that defendant is financially unable to pay the costs of his appeal or to retain counsel for his appeal. He is financially eligible for the appointment of counsel. I will send the Court of Appeals for the Seventh Circuit a copy of this order.

      Entered this 5th day of March, 2010.

                                                       BY THE COURT:
                                                     /s/
                                                     BARBARA B. CRABB
                                                     District Judge