IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                      ORDER

        Plaintiff,

                      08-cr-164-bbc

   v.

TREVOR RYAN,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Trevor Ryan by counsel William Jones has filed a notice of appeal of the judgment and sentence entered in this action on March 16, 2012, and a motion for leave to proceed on appeal in forma pauperis.  The motion is GRANTED.  Defendant had appointed counsel in his § 2255 case, 10-cv-295-bbc and I am satisfied that defendant is still financially unable to pay the costs of his appeal.  I will send the Court of Appeals for the Seventh Circuit a copy of this order so that it can appoint appellate counsel for defendant.

Entered this 19th day of March, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1